UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | **04 CR 10309 GAO** |
| v. | CRIMINAL NO. |
| | VIOLATIONS: |
| KURBY DUMORNAY | 18 U.S.C. § 922(g)(1) - |
| | Felon in Possession of |
| | Firearm and Ammunition |

INDICTMENT

COUNT ONE:   (18 U.S.C. § 922(g)(1)- Felon in Possession of Firearm and Ammunition)

The Grand Jury charges that:

On or about March 10, 2004, at Brockton, in the District of Massachusetts,

KURBY DUMORNAY,

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Lorcin 9mm semi-automatic pistol, bearing serial number L094494, and twenty-two rounds of 9mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF ADDITIONAL FACTORS

The grand jury further finds the following additional facts:

1. The firearm that is the subject of Count One of the indictment had been stolen prior to the date of the defendant's alleged possession of it. Thus, U.S.S.G. § 2K2.1(b)(4) is applicable.

**A TRUE BILL**

*Irene Burke*
Foreperson of the Grand Jury

_____
James F. Lang
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: September 29, 2004

Returned into the District Court by the Grand Jurors and filed.

*Thomas F. Quinn*
Deputy Clerk    9/29/04 @ 2:00pm

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

KURBY DUMORNAY

**WARRANT FOR ARREST**

4 CR 10309 GAO

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Kurby Dumornay___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
being a previously convicted felon in possession of a firearm and ammunition

in violation of Title ___18___ United States Code, Section(s) ___922(g)(1)___

Name of Issuing Officer

Title of Issuing Officer

Signature of Issuing Officer

Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH (4 digit year): _____

SOCIAL SECURITY NUMBER (last 4 digits only): _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

≤JS 45 (5/97) - (Revised USAO MA 1/5/04)  04 CR 10309 GAO
**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Brockton    **Category No.** II    **Investigating Agency** ATF

**City** Brockton    **Related Case Information:**

**County** Plymouth    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number    **Insert SW #** 04m-1019-JCB
R 20/R 40 from District of _____

04m-1019-JCB

**Defendant Information:**

**Defendant Name** Kurby Dumrnay    Juvenile ☐ Yes  ☒ No

**Alias Name** _____

**Address** 7 Colleen Drive, Brockton, MA

**Birth date (Year only):** 1983   **SSN (last 4 #):** 5367   **Sex** M   **Race:** B   **Nationality:** USA

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** James Lang    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ 1 Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** September 29, 2004    **Signature of AUSA:**

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Kurby Dumornay

## U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm and Ammo | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**