UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 04CR10309GAO |
| ) | VIOLATION:    18 U.S.C. § 922(G)(1) |
| V. ) | Felon in Poss. F/A, Ammo |
| ) | |
| KURBY DUMORNAY ) | |

## APPEARANCE OF COUNSEL

Counsel for the defendant, Kurby Dumornay, respectfully requests that this Honorable Court accept this appearance of counsel. In support of this request, counsel for the defendant states the following:

1). I am a member in good standing of the Massachusetts Bar.

2). My Board of Bar Overseers number is: 562635.

3). I have previously been admitted to practice and am in good standing with the United States District Court for the District of Massachusetts.

For these reasons, counsel for the Defendant respectfully requests this Court accept my appearance.

FOR THE DEFENDANT,

WILLIAM M. McCAULEY
Beckerman, Bomberg & McCauley
15 Main Street Extension
Plymouth, MA 02360
Tel.: (508) 746-8900
Fax: (508) 746-4455