AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

v.

KURBY DUMORNAY

**WARRANT FOR ARREST**

CASE NUMBER: 4 CR 10309 GAO

*RECEIVED 2004 SEP 30 P 3:3 U.S. MARSHAL SERVICE BOSTON, MA*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Kurby Dumornay___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
being a previously convicted felon in possession of a firearm and ammunition

United States Code, Section(s) __922(g)(1)__

_Supervisor_
Title of Issuing Officer

_9-30-04 Boston_
Date and Location

Bail fixed at $ _____ by _____ Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
WARRANT EXECUTED BY AVF
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 12/1/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.