UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10309-GAO

UNITED STATES OF AMERICA

v.

KURBY DUMORNAY

**FURTHER ORDER ON EXCLUDABLE TIME**

January 13, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 13, 2005 through March 11, 2005,

that being the period between the Initial Status Conference and the Final Status Conference.

Based upon the prior order of the court dated December 3, 2004 and this order, at the time of the Final Status Conference on March 11, 2005, there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (December 31, 2004 - January 12, 2005) and fifty-seven (57) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge