IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | NO. 04-10309-GAO |
| KURBY DUMORNAY | ) | |

## JOINT INITIAL STATUS CONFERENCE REPORT

The United States of America, by Assistant U.S. Attorney William H. Connolly, and the defendant Kurby Dumornay, by counsel William McCauley, Esq., jointly address herein the issues delineated in L.R. 116.5(A)(1)-(A)(7).

**(1) Whether relief should be granted from the otherwise applicable timing requirements imposed by L.R. 116.3:**

No.

**(2) Whether the defendant requests discovery concerning expert witnesses under Fed.R.Crim.P. 16(a)(1)(E):**

Yes, the defendant requests discovery concerning expert witnesses. The government will be required to present such discovery no less than thirty days before the scheduled trial date. The defendant will provide reciprocal expert discovery no later than fourteen days before the scheduled trial date.

**(3) Additional Discovery:**

At this time, the parties do not anticipate further discovery, with the exception of expert witness discovery materials.

**(4) Should motion date be established?**

Yes.

**(5) Periods of Excludable Delay:**

Both parties agree to the periods previously excluded by

orders of the Court. The parties further agree to exclude the period from January 13, 2005, to the date set for Final Status Conference.

**(6) Is trial anticipated?**

Uncertain at this time.

**(7) Date for interim status conference:**

The parties do not request an interim status conference.

Kurby Dumornay
Defendant

By: /s/ William H. Connolly, Esq.
Attorney for Defendant

(William McCauley)

MICHAEL J. SULLIVAN
United States Attorney

By: /s/
William H. Connolly
Assistant U.S. Attorney