UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10309-GAO

UNITED STATES OF AMERICA

v.

KURBY DUMORNAY

### FURTHER ORDER ON EXCLUDABLE TIME

May 16, 2005

DEIN, M.J.

An Interim Status Conference/Motion Hearing was scheduled before this Court for May 16, 2005. The government, with the assent of the defendant, has requested a continuance in order to afford the defendant sufficient time to prepare a discovery motion. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

May 16, 2005 - June 16, 2005

that being the period between the Interim Status Conference as originally scheduled and the Conference as rescheduled.

**The Interim Status Conference/Motion Hearing has been rescheduled for June 16, 2005 at 10:45 a.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(A)(1) through (7) before the close of business no less than THREE business days prior to that Status Conference.** In addition, the parties shall include in the Joint Memoran-

dum not only the periods of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.

                                           / s / Judith Gail Dein
                                        JUDITH GAIL DEIN
                                        United States Magistrate Judge