## CERTIFICATE OF SERVICE

I, William M. McCauley, as counsel for the defendant in the foregoing matter, hereby certify that I have this date served a copy of the Defendant's motion for discovery by mailing, first class mail, postage prepaid, a copy directed to

>William Connolly
>Assistant United States Attorney
>U.S. Courthouse, Suite 9200
>1 Courthouse Way, Boston 02210

Signed under the penalties of perjury this 27th day of May 2005.

*/s/ William M. McCauley*
William M. McCauley
Beckerman, Bomberg & McCauley
35 Samoset Street
Plymouth, MA 02360
(508) 746-8900