UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10309-GAO

UNITED STATES OF AMERICA

v.

KURBY DUMORNAY

**FURTHER ORDER ON EXCLUDABLE TIME**

June 29, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

July 16, 2005 through August 16, 2005,

that being the period between the expiration of the last order on excludable time and the Final Status Conference.

Based upon the prior orders of the court dated December 3, 2004, January 13, 2005, March 11, 2005, May 16, 2005 and this order, at the time of the Final Status Conference on August 16, 2005, there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (December 31, 2004 - January 12, 2005) and fifty-seven (57) days will remain under the Speedy Trial Act in which this case must be tried.

       / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge