AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

UNITED STATES OF AMERICA

V.

KURBY DUMORNAY

**WARRANT FOR ARREST**

Case Number:   04-10309-GAO

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 MAY 23  P 3:31

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   KURBY DUMORNAY
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   X Order of court   ☐ Violation   ☐ Probation Violation Petition

charging him or her   (brief description of offense)

VIOLATION OF CONDITIONS OF RELEASE

in violation of _____ United States Code, Section(s) _____

Thomas F. Quinn Jr.
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

*[signature]* Thomas F. Quinn
Signature of Issuing Officer

5/23/05   Boston
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

**RETURN** 

This warrant was received and executed with the arrest of the above-named defendant

WARRANT EXECUTED BY _Marshamer Pickup_
BY ARREST/ARRAIGNMENT ON THE
DEFENDANT ON  7/26/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |