UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10309-GAO

UNITED STATES OF AMERICA

v.

KURBY DUMORNAY

**FURTHER ORDER ON EXCLUDABLE TIME**

August 16, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

August 16, 2005 through September 23, 2005

that being the period between the Final Status Conference and the date by which the defendant is to file his dispositive motions.

Based upon the prior orders of the court dated December 3, 2004, January 13, 2005, March 11, 2005, May 16, 2005, June 29, 2005 and this order, as of September 23, 2005 there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (December 31, 2004 - January 12, 2005) and fifty-seven (57) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge