UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 04-10309-GAO |
| KURBY DUMORNAY | ) ) ) | |

<u>JOINT MOTION TO EXTEND TIME FOR FILING OF MOTIONS</u>

    The parties respectfully request an extension of time for the filing of defense motions.  As grounds, the government recently provided additional discovery relevant to a suppression issue.  The defendant needs additional time to review the discovery and contemplate the filing of motions.  The parties respectfully request a two-week extension to November 4, 2005, for the filing of defense motions.

    In addition, for the above-stated reasons, the parties respectfully request that the time commencing on October 21, 2005 and concluding on November 4, 2005, be excluded pursuant to 18 U.S.C. §3161(h)(8)(A).est interest of the public and the defendant in a speedy trial, and, accordingly, exclude the

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney,<br>By: | KURBY DUMORNAY<br>By His Attorney, |
| /s/ William H. Connolly<br>WILLIAM H. CONNOLLY<br>Respectfully submitted, | /s/ William McCauley (WHC)<br>WILLIAM MCCAULEY |

-1-