

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

March 20, 2006

William M. McCauley, Esquire
Beckerman, Bomberg, & McCauley
35 Samoset Street
Plymouth, MA 02360

     Re:  <u>U.S. v. Dumornay</u>
           Criminal No. 04-10309-GAO

Dear Attorney McCauley:

    As a follow-up to the discussion at our recent status
conference, I asked ATF Agent Dan Campbell whether he had any
reason to suspect that the CI had in fact sold the firearm in
question to your client.  Agent Campbell said that he has no
present knowledge, nor has he ever had any knowledge, that the CI
sold the firearm to Dumornay.  In addition, Agent Campbell said
that he never had any reason to suspect that the CI had sold the
firearm to Dumornay.

    I hope this satisfies your final discovery requests.  If you
have any questions, please contact me at 617-748-3174.

                        Sincerely,

                        <u>/s/ William H. Connolly</u>
                        Assistant U.S. Attorney

cc:  Judge George A. O'Toole, Jr.