UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 04CR10309GAO |
| | ) | VIOLATION: 18 U.S.C. § 922(G)(1) |
| V. | ) | Felon in Poss. F/A, Ammo |
| | ) | |
| KURBY DUMORNAY | ) | |

_____

DEFENDANT'S MOTION TO EXTEND TIME FOR FILING OF MOTIONS
_____

Now comes the Defendant and respectfully requests that this Honorable Court extend the time for the filing of a motion to suppress. The defendant requests that such additional time is needed to file such motion and requests that such extension allow for the filing of this motion by May 5, 2006.  The government does not object to this request.

In addition, for the above-stated reasons, the parties respectfully request that this additional time be excluded pursuant to 18 U.S.C. §3161(h)(8)(A).

For these reasons, counsel for the Defendant respectfully requests this Court allow this motion.

FOR THE DEFENDANT,

 /s/  William M. McCauley
WILLIAM M. McCAULEY
Beckerman, Bomberg & McCauley
35 Samoset Street
Plymouth, MA  02360
Tel.: (508) 746-8900
Fax:  (508) 746-4455