AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT    District of    MASSACHUSETTS

FILED
CLERKS OFFICE
2006 OCT 27 P 1:51
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

V.

KURBY DUMORNAY

**WARRANT FOR ARREST**

Case Number: 04-10309-GAO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    __KURBY DUMORNAY__
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☒ Violation Notice

charging him or her with    (brief description of offense)

Violating Conditions of Pre Trial Release ( See attached Petition)

in violation of Title _____ United States Code, Section(s) _____

PAUL S. LYNESS
Name of Issuing Officer

*Paul S. Lyness* (signature)
Signature of Issuing Officer

COURTROOM DEPUTY
Title of Issuing Officer

10/18/06 ONE COURTHOUSE WAY, BOSTON, MA
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at EXECUTED BY USM AT ARRAIGNMENT ON 10/23/06 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |