UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.:  04CR10309GAO |
| | ) | VIOLATION:    18 U.S.C. § 922(G)(1) |
| V. | ) | Felon in Poss. F/A, Ammo |
| | ) | |
| KURBY DUMORNAY | ) | |

_____

DEFENSE COUNSEL'S MOTION TO WITHDRAW
_____

Now comes counsel for the Defendant and respectfully requests that this Honorable Court allow his motion to withdraw. As grounds in support of this motion, counsel states that he is leaving the private practice of law to enter government service. Counsel has discussed this matter with my client and he does not object.

Counsel further requests that as the defendant is currently in custody that he be interviewed by Pretrial Services for the purpose of determining if he is elgible for the appointment of counsel.

For these reasons, counsel for the Defendant respectfully requests this Court allow his motion to withdraw.

FOR THE DEFENDANT,

_/s/William_M._McCauley_____
WILLIAM  M.  McCAULEY
Beckerman, Bomberg & McCauley
35 Samoset Street
Plymouth, MA  02360
Tel.: (508) 746-8900
Fax:  (508) 746-4455