UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) ) ) ) v. ) ) KURBY DUMORNAY ) ) ) | Cr. No. 04-10309-GAO |

## NOTICE OF APPEARANCE

Now comes undersigned counsel, Michael C. Andrews, Esq., and enters his appearance on behalf of the defendant in the above-captioned matter.

>Respectfully Submitted,
>Kurby Dumornay
>By his attorney
>
>  /s/ Michael C. Andrews___
>
>Michael C. Andrews
>21 Custom House Street
>Boston, Massachusetts 02110
>(617) 951-0072
>BBO# 546470