IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | NO. 04-10309-GAO |
| KURBY DUMORNAY | ) | |

### JOINT MOTION TO CONTINUE

The parties respectfully request a continuance of the pretrial conference scheduled for May 24, 2007. As grounds, the parties state that the defendant will enter a plea of guilty to the one-count indictment. The parties also request that the Court set a Rule 11 hearing for the morning of May 31, 2007.

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ William H. Connolly
William H. Connolly
Assistant U.S. Attorney