**Letters from Primary Mortgage Resource, Inc.**

# PRIMARY MORTGAGE RESOURCE, INC.

RESIDENTIAL • COMMERCIAL • MIXED USE

August 3, 2007

To Whom It May Concern:

I have known Kurby Dumornay for approximately 4 years.

In the time that he was being trained as a Loan Originator, his behavior was completely professional.

He learned quickly and was able to grasp new concepts with no hesitation.

He asked intelligent questions and has been polite and accurate within professional limitations.

He was diligent, prompt, curious and eager to learn new ways of processing ideas.

Please feel free to call me with any concerns or questions at 508 584 4844x 202.

Thank you,

Mary Lee Beck

860 Belmont St. • Brockton, MA 02301 • Tel. (508) 584-4844 • Fax (508) 584-1901
mortgages@pmrmortgage.com

# PRIMARY MORTGAGE RESOURCE, INC.

RESIDENTIAL • COMMERCIAL • MIXED USE

To Whom It May Concern:

I'm writing this letter on behalf of my co-worker Kurby Dumornay. I've known Mr. Dumornay for five years; he has been a very caring and trustworthy person. I have worked closely with Mr. Dumornay as a real estate agent trainee as well as a loan officer; He was a very good and hardworking employee who would go above and beyond his duties to help others. I had the privilege of knowing Mr. Dumornay outside of the work environment and found him to be a courteous and warmhearted person.

Sincerely,

Joanna Goncalves

**Letter From Points North Realty**

# POINTS NORTH REALTY

To Whom It May Concern:

I am writing this letter on behalf of Mr. Kurby Dumornay. Starting in 2003 Mr. Dumornay became interested in the real estate and mortgage industry. I took him on as a trainee. During this period I found Mr. Dumornay to be a man of very high integrity. He worked diligently with all clients and maintained a "SERVICE FIRST" attitude that is needed to succeed in this business. He was one to put the needs of his clients and co-workers before his own. Mr. Dumornay was always punctual and always kept a pleasant attitude and maintained the utmost professionalism in the work environment.

I look forward to the time when Mr. Dumornay will return to our organization; and foresee nothing but success for him in the future.

If you should have any further questions, please feel free to contact me directly: 617-307-2231.

Respectfully,

Leo H. Desire, Jr.



20 NEW DERBY STREET • ROOM 10 • SALEM MA 01970
978.741.9400 • FAX 978.741.9402
POINTSNORTHREALTY@VERIZON.NET

**Letter from Eunice Dumornay**

Kirby Dumornay is my older brother that I admire and love very much. It's been quite emotional for me throughout the year not having him around. Whenever I needed something, he was the one to help me. If I needed money he would give it to me. If I needed a ride back to school and he couldn't bring me, he would make sure to find me a way. He always encourages me in my education. Because of his encouragement, it motivated me to do my best not only for me, but also to make him proud. Thanks to that, I was able to graduate college this year and it hurt me so much that he wasn't able to be at my graduation. Although I was hurting, I know Kirby was hurting much more. Despite this, Kirby still managed to let me know how proud of me he was. That's the kind of person my brother is. He'll put his feelings aside to make sure everyone else around him is happy. His presence can just puts a smile on your face. It's no wonder I turn to him for comfort. I can't imagine not having my brother around to share in my happiness. I'm at a point where marriage is not far in my future and all I think about is how my brother has to be in my

wedding. I honestly think I couldn't even go on with a wedding unless he were there, it just wouldn't be right. Kirby doesn't belong where he is at. Instead of showing anger/being angry, Kirby manages to keep his head up. Whenever I visit him, it's all about how the family is doing. He uses the money he has for food and other necessities on birthday cards, father/mother's day cards, etc. He sends little things for his nephews, and I wish he could just be here so his nephew can see what a great uncle he has. See, my other brother has a baby boy that just turned one this year and Kirby hasn't been here to see him grow. I know it's something that hurts him a lot. Every kid in our family loves Kirby! In fact, everyone in the family loves Kirby. He is definately the family member that makes every event much brighter with his presence. There's not a time I'm around family and they don't ask for Kirby. I try to be strong for my brother but the truth is I miss him so much. I remember the first time I went to visit him, I actually didn't want to go because I was sure I would cry in front of him. That didn't

happen, but when I am alone and I think about him, I do start to cry. I put on a smile, but part of me feels like I can't continue with life until I make sure my brother is alright.

One day at church, I was thinking about my brother and it just so happened that the sermon was about Peter when he was in jail. He was bound with chains and guarded heavily by soldiers, meanwhile there were many people praying for him. In the text, an angel comes and sets Peter free (Acts 12). There is no doubt in my mind that this can't happen for my brother. I will continue to pray for him and I ask that you please consider on giving him another chance.

Thank you for your time,
Eunice Amornay